# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JARED ANTHONY WINTERER, a.k.a. JARED ANTHONY ROSE <br> *Plaintiff* <br> v. <br> STATE OF WASHINGTON, COUNTY OF KITTITAS and KITTITAS COUNTY CORRECTIONS CENTER, <br> *Defendant* | Civil Action No.  1:16-CV-3171-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: First Amended Complaint is DISMISSED for failure to state a claim under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), but without prejudice to seeking appropriate state court remedies regarding challenges to Plaintiff's convictions.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson.

Date: 2/7/2017

CLERK OF COURT

SEAN F. McAVOY

s/ Jaime M. White
*(By) Deputy Clerk*

Jaime M. White